# EXHIBIT A

Initial Email (9-21-22) and

Invoice for Report and Study

---------- Forwarded message ----------
From: Lindsay Olson<lindsay@inluxresearch.com>
Date: On Wed, Sep 21, 2022 at 3:37 PM
Subject: Fwd: Community Attitude Survey
To: J. Daniel Hull <jdhull@hullmcguire.com>
Cc:
Hello Mr. Hull,

Please see below for a detailed breakdown of the cost for the Multi-district Comparative Community Attitude Study we discussed. The majority of the charge is to cover the acquisition of voter/dmv/tax roll records with appended contact info and the voip dialer's lines and call time (billed by the minute).

I am bidding this as a flat fee of $30,000. To summarize how I arrived at that number, please consider the following:

This is a long questionnaire - 19 questions.
We require a lot of responses.
Each test area is its own survey, requiring appropriate methodology, cross sections and analysis.
Each study would then be analyzed for a comparative analysis AND also for comparison to the previous Multi-district Comparative Community Attitude Study performed.

Generally, polling is billed by the responses and includes appropriate query and acquisition of data, sampling, survey design, programming of the logic and flow of the interactions, recording of audio files, validation of responses, prouction of frequency distributions and a basic topline report. After that, cross-tabulations and comprehensive reports are billed at an hourly rate of $175/per hour. Below is the calculation of prices for the responses:

For complete surveys of 19 questions X $2 per response = $38 per complete survey. Partially responses carry some expense as well.
Analysis and reporting at an hourly rate.

I estimated the time it will take and agree to accept a flat rate of $30,000 for this project. I have attached a provisional invoice for your review.


Thank you,
Lindsay Olson

Sent with Proton Mail secure email.

1



|         | Invoice #: |             |
|---------|-----------|-------------|
|         | Date:     |             |
|         | Amount Due: | $30,000.00 |
|         | Payment is Due: | Upon Receipt |

| To: | From: |
|---|---|
|   | **Lindsay Olson dba In Lux Research + Analytics**<br><br>billing@inluxresearch.com |

| Date | Item | Notes | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|---|
|   | **Multi-district and Multi-period Comparative Community Attitude Study** | Acquisition of data, creation of master lists, survey design, programming, call time, analysis and reports | $30,000.00 | 1 | $30,000.00 |

|   | Subtotal: | $30,000.00 |
|---|---|---|
|   | **Total:** | **$30,000.00** |