UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN LUX RESEARCH,
LINDSAY OLSON,
    Plaintiffs
        v.

HULL MCGUIRE PC, et al.,
    *Defendants*.

Civil Action No. 23-cv-523 (JEB)

## ANSWER

Defendant Carmen D. Hernandez, hereby respectfully responds to the factual allegations contained in the Complaint (ECF 1) filed against her.

**Allegation ¶23**

Defendant has insufficient information to state whether the allegation is true or false.

**Allegation ¶24**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that Mr. Hull was acting on her request or on her behalf.

**Allegation ¶25**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that Mr. Hull was acting on her request or on her behalf.

**Allegation ¶26**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that Mr. Hull was speaking with actual or apparent authority on her behalf.

**Allegation ¶27**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that Mr. Hull was speaking on her behalf.

**Allegation ¶28**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that she had authorized or approved a budget of any amount or that she had authorized Mr. Hull to speak or act at her request or on her behalf.

**Allegation ¶29**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that she had offered $30,000 or any other amount and denies that Mr. Hull was acting at her request or on her behalf.

**Allegation ¶30**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that she had agreed to a payment of $30,000 or any other amount and denies that Mr. Hull was acting at

**Allegation ¶31**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that she authorized Mr. Hull to speak on her behalf and denies that she authorized Mr. Hull to ask the Plaintiff to begin work immediately.

**Allegation ¶32**

Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies that she authorized Mr. Hull to speak on her behalf or to assure Plaintiff that she would pay any amount on her behalf.

**Allegation ¶33**

Defendant denies the truth of the allegations.

**Allegation ¶34**

Defendant denies the truth of the allegations.

**Allegation ¶35**

Defendant denies the truth of the allegations.

**Allegation ¶36**

      Defendant denies the truth of the allegations.

**Allegation ¶37**

      Defendant denies the truth of the allegations.

**Allegation ¶38**

      Defendant has insufficient information to state whether the allegation is true or false.

**Allegation ¶39**

      Defendant has insufficient information to state whether the allegation is true or false.

**Allegation ¶40**

      Defendant has insufficient information to state whether the allegation is true or false except that Defendant denies the truth of the allegations that she received any emails from Plaintiffs.

**Allegation ¶41**

      Defendant denies the truth of the allegations.

**Allegation ¶42**

      Defendant denies the truth of the allegations.

**Allegation ¶43**

      Defendant denies the truth of the allegations.

**Allegation ¶44**

      Defendant denies the truth of the allegations that she requested that Plaintiffs perform any work and states that she has insufficient information to state whether the remaining allegations are true or false.

**Allegation ¶45**

      Defendant denies the truth of the allegations that Plaintiffs explained anything to her and states that she has insufficient information to state whether the remaining allegations are true or false.

**Allegation ¶46**

Defendant denies the truth of the allegations that she had requested anything from Plaintiffs and states that she has insufficient information to state whether the remaining allegations are true or false.

**Allegation ¶47**

Defendant has insufficient information to state whether the allegations are true or false.

**Allegation ¶48**

Defendant denies the truth of the allegations that she approved any budget and states that she has insufficient information to state whether the remaining allegations are true or false.

**Allegation ¶49**

Defendant has insufficient information to state whether the remaining allegations are true or false.

**Allegation ¶50**

Defendant has insufficient information to state whether the remaining allegations are true or false.

**Allegation ¶51**

Defendant has insufficient information to state whether the remaining allegations are true or false.

**Allegation ¶52**

Defendant denies the truth of the allegations.

**Allegation ¶53**

Defendant denies the truth of the allegations and states that she has insufficient information to state whether the allegations regarding what Plaintiffs did are true or false.

**Allegation ¶54**

Defendant denies the truth of the allegations.

**Allegation ¶55**

Defendant denies the truth of the allegations.

**Allegation ¶56**

Defendant denies the truth of the allegations.

**Allegation ¶57**

Defendant denies the truth of the allegations and states that she has insufficient information to state whether the allegations regarding what Plaintiffs did are true or false.

**Allegation ¶58**

Defendant has no present recollection of participating in any phone call with Plaintiffs but is endeavoring to check her phone records to determine the accuracy of the allegations.

**Allegation ¶59**

Defendant has insufficient information to state whether the allegations regarding what Plaintiffs did are true or false.

**Allegation ¶60**

Defendant has insufficient information to state whether the allegations regarding what Plaintiffs did are true or false.

**Allegation ¶61**

Defendant denies that she participated in a telephone call on September 10, 2022 with Plaintiffs and denies the truth of the allegations that she was informed of any of the information set out in this paragraph; and states that she has insufficient information to state whether the allegations regarding what Plaintiffs did or said are true or false.

**Allegation ¶62**

Defendant denies the truth of the allegations.

**Allegation ¶63**

Defendant has insufficient information to state whether the allegations regarding what Plaintiffs did are true or false.

**Allegation ¶64**

Defendant denies the allegation that she filed a Motion for Extension on September 29, 2022.

**Allegation ¶65**

Defendant denies the allegations regarding any difficulty encountered by Defendant.

**Allegation ¶66**

Defendant denies the truth of the allegations.

**Allegation ¶67**

Defendant denies the truth of the allegations.

**Allegation ¶68**

Defendant denies the truth of the allegations and states that she has insufficient information to state whether the allegations concerning the work that Plaintiffs continued to perform is true or false.

**Allegation ¶69**

Defendant has insufficient information to state whether the allegations are true or false.

**Allegation ¶70**

Defendant has insufficient information to state whether the allegations regarding what Defendant Hull did are true or false. The allegations regarding what Defendant stated in an email she sent to Defendant Hull do not accurately recite the complete statements made therein.

**Allegation ¶71**

The allegations regarding what Defendant stated in an email she sent to Defendant Hull on October 3, 2022 do not accurately recite the complete statements made therein.

**Allegation ¶72**

Defendant has insufficient information to state whether the allegations are true or false as she did not receive any communications from Plaintiffs.

**Allegation ¶73**

Defendant has insufficient information to state whether the allegations are true or false except to state that she did not authorize Defendant Hull to speak on her behalf and was not aware of what he may have said to Plaintiffs.

**Allegation ¶74, 75**

Defendant denies the truth of the allegations that she communicated any such information to Plaintiffs and has insufficient information to state whether the allegations are true or false as to what Defendant Hull may have told Plaintiffs except to state that she did not authorize Hull to speak on her behalf and was not aware of anything he may have told the Plaintiffs.

**Allegation ¶76**

Defendant has insufficient information to state whether the allegations are true or false.

**Allegation ¶77**

Defendant admits that she sent an email to that effect in response to a request by Defendant Hull.

**Allegation ¶78**

Defendant has insufficient information to state whether the allegations are true or false.

**Allegation ¶79**

Defendant has insufficient information to state whether the allegations are true or false except to deny that she ever told Defendant Hull that she would "have an answer from the court by Monday, October 10, 2022."

**Allegation ¶80**

Defendant has insufficient information to state whether the allegations are true or false except to state that she never sent a reply of any kind to Plaintiffs.

**Allegation ¶81**

Defendant has insufficient information to state whether the allegations are true or false as she did not receive any communications from Plaintiffs.

**Allegation ¶82**

Defendant denies the truth of the allegations.

**Allegation ¶83**

Defendant has insufficient information to state whether the allegations are true or false except to state that she did not communicate with Plaintiffs on that date a alleged.

**Allegation ¶84**

Defendant has insufficient information to state whether the allegations are true or false except to state that she did not receive any materials from Plaintiffs.

**Allegation ¶85**

Defendant denies the truth of the allegations.

**Allegation ¶86**

Defendant has insufficient information to state whether the allegations are true or false.

**Allegation ¶87**

Defendant denies the truth of the allegations.

**Allegation ¶88**

Defendant denies any allegations that she received an email from Plaintiffs.

**Allegation ¶89**

Defendant denies the truth of the allegations.

**Allegation ¶90**

Defendant denies the truth of the allegations.

**Allegation ¶91**

Defendant denies the truth of the allegations.

**Allegation ¶92**

Defendant denies the truth of the allegations.

**Allegation ¶93**

Defendant denies the truth of the allegations.

**Allegation ¶94, 95**

Defendant has insufficient information to state whether the allegations are true or false.

**Allegation ¶96**

Defendant denies the truth of the allegations.

**Allegation ¶97**

Defendant believes that on that date Plaintiffs counsel sent an email to Defendant.

**Allegation ¶98, 99, 100**

Defendant denies the truth of the allegations.

## COUNTER-CLAIM

1. Defendant Hernandez hereby counter-claims against Defendant Hull, the Hull law firm, and Norm Pattis, Esquire and his law firm based on the allegations set out in the Complaint.

2. Mr. Pattis was co-counsel to Defendant Hull in the *Nordean* trial. Both Hull and Pattis represented Mr. Biggs, a person accused in the *Nordean* trial.

## CONCLUSION

Ms. Hernandez reserves the right to amend and supplement the above.

Dated: May 23, 2023                     Respectfully submitted,

/s/
_____

**Carmen D. Hernandez**
7166 Mink Hollow Rd
Highland, MD 20777
(240) 472-3391
Chernan7@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the instant document was served via ECF this 23rd day of May, 2023 on all counsel of record.

/s/
_____

**Carmen D. Hernandez**

10