United States of America
For the District of Columbia
-------------------------------------------------------------X
IN LUX RESEARCH, *et. al.*,

                             *Plaintiffs*,

                                *v.*

HULL MCGUIRE, P.C., *et. al*,

                             *Defendants*.
----------------------------------------------------------------------X

Civil Action #: 23-cv-523 (JEB)

**NOTICE OF MOTION TO DISMISS**

## METCALF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND TO ADOPT AND JOIN THE SMITH AND HERNENDEZ DEFENDANT'S MOTIONS FOR THE SAME RELIEF

STEVEN A. METCALF II, attorney for Metcalf & Metcalf, P.C., and Steven Alan Metcalf II, (hereafter referred to as "Metcalf Defendants" or "Metcalf related Defendants"), upon the accompanying Memorandum of Law, and all prior proceedings, the undersigned on behalf of the Metcalf Defendants hereby moves this Honorable Court, at a time and date to be determined by this Court, for an order, pursuant to the Federal Rules of Civil Procedure Rules 12 (b)(1) and 12(b)(6), hereby dismissing the Amended Complaint on the grounds for failure to state a claim upon which relief can be granted, and for such other and further relief as this Court deems just and proper.

As the Smith Defendants have already articulated – "while the plaintiffs may have a breach-of-contract case against Hull McGuire P.C, and John Daniel Hull" (hereafter "the Hull Defendants"), such claims against the Metcalf Defendants are unsupported and unsubstantiated even in Plaintiff's Amended Complaint. (*See* ECF Doc. No. 32, at p. 1). This new, amended complaint, is what "Plaintiffs have been diligently working on preparing. . ." for months, and despite such efforts there are zero facts or law to link the Metcalf Defendants to such causes of action. (*See* ECF Doc. No. 26, at p. 1).

Further, the Metcalf Defendants hereby respectfully moves to join and adopt by reference the Motion to Dismiss the First Amended Complaint's Claims Against the Smith Defendants (hereafter Smith Motion to Dismiss Amended Complaint at ECF Doc. 32). The facts alleged in Plaintiff's Amended Complaint, as well as the legal arguments made in the Smith Motion to Dismiss Amended Complaint substantially and materially apply with equal force to the claims made against the Metcalf Defendants. (*See* ECF Doc. No. 32, at p. 1). In the interest of judicial economy, the Smith Defendant's Motion to Dismiss need not be repeated herein.

Additionally, the Metcalf Defendants seek to adopt and join the claims set forth in Defendant Hernandez's Motion to Adopt and Join, and to Dismiss the Amended Complaint, for the same reasons. (*See* ECF Doc. No. 39).

Accordingly, the Metcalf Defendants respectfully moves that this Honorable Court grant our motion to join the Smith and Hernandez's Motion to Dismiss Amended Complaint and for the reasons stated therein to dismiss the instant Amended Complaint on the grounds for failure to state a claim upon which relief can be granted against the Metcalf Defendants, and for such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         July 2, 2023                            Respectfully Submitted,

                                                                     */s/ Steven A. Metcalf II*

                                                                       STEVEN A. METCALF II, ESQ.
                                                                       *Attorney for Metcalf Defendants*
                                                                       **Metcalf & Metcalf, P.C.**
                                                                       99 Park Avenue, 6th Floor
                                                                       New York, NY 10016
                                                                       *Office* 646.253.0514
                                                                       *Fax* 646.219.2012