UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN LUX RESEARCH, et al.,

      Plaintiffs,                      Case No: 1:23-cv-523 (JEB)

      v.

HULL MCGUIRE PC, et al.,

      Defendants.

### HULL DEFENDANTS' RESPONSE TO MOTION TO COMPEL

Defendants Hull McGuire PC and J. Daniel Hull (the "Hull Defendants") hereby respond to Plaintiffs' motion to compel discovery responses and answers (ECF Doc. 103) filed on June 25, 2024.

Defendants submit that the pending motion is moot because the discovery sought has been served. Specifically, on July 29, 2024, the undersigned served, by email, the Hull Defendants' Responses to Interrogatories and the Responses to Document Requests of Defendant Hull McGuire PC on counsel for Plaintiff. No other discovery is outstanding, to our knowledge.

The admittedly late service of these responses is justified by a severe illness contracted by Defendant Hull, who is the only person capable of providing the responses sought by the discovery requests at issue. Because of the relatively short delay between the stipulated due date for service of these responses and the lack of prejudice suffered by Plaintiffs—both because of the shortness of the delay and the fact that all the information and documents sought and served have been in Plaintiffs' possession since May—no sanctions or other penalty are appropriate here. See, *Klayman v. Jud. Watch, Inc*., 6 F.4th 1301, 1312 (D.C. Cir. 2021) (in assessing discovery

compliance, court "should be guided by the concept of proportionality between offense and sanction").

For these reasons, Plaintiffs' motion to compel should be dismissed as moot.

Respectfully submitted,

DHILLON LAW GROUP, INC.

By: _____
RONALD D. COLEMAN

50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com

*Attorneys for Defendants
J. Daniel Hull and Hull McGuire PC*

Dated: August 1, 2024

## CERTIFICATE OF SERVICE

    The undersigned certifies that on August 1, 2024, he served a true and correct copy of the foregoing Response to Plaintiff's Motion to Compel upon counsel of record via the Electronic Case Filing (ECF) system upon all counsel of record.

By: _____
RONALD D. COLEMAN