CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

IN LUX RESEARCH et al

vs.

HULL MCGUIRE PC et al

Civil/Criminal No.: 23cv523

## NOTE FROM JURY

① IS IT POSSIBLE TO REMOVE OR SEAL THE COPYWRITTEN MATERIAL SUBMITTED IN THE ONGOING CASE 1:21-CR-175-2TJK?

② IS THE DEFENDANT CONSIDERED THE USER OF COPYWRITTEN MATERIAL AFTER IT WAS SUBMITTED TO THE COURT?

③ FROM COURT TRANSCRIPTS CAN WE ~~LEARN~~ CLARIFY WHETHER THE DEFENDANT INTENDS TO USE THE COPYWRITTEN MATERIAL IN THE FUTURE?

Date: 1/28/2024
Time: 1:36 PM

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

IN LUX RESEARCH et al

vs.

HULL MCGUIRE PC et al

Civil/Criminal No.: 23cv523

## NOTE FROM JURY

THE JURY HAS REACHED A VERDICT.

Date: 1/28/2025

Time: 4:07

FOREPERSON

1-28-26
4:12 PM