UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN LUX RESEARCH, *et al.*,

    Plaintiffs,

    v.

HULL MCGUIRE PC, *et al.*,

    Defendants.

Civil Action No. 23-523 (JEB)

## VERDICT FORM

1. Has Plaintiff proven by a preponderance of the evidence that Defendants infringed her copyright?

   _____ YES   \_\_✓\_\_ NO

   *If you answered "Yes," then proceed to Question 2. If you answered "No," then proceed to Question 3.*

2. What amount of damages do you award?

   $_____

   *Sign this verdict form and inform the Deputy you have reached a verdict.*

3. Have Plaintiffs proved by a preponderance of the evidence that Defendants breached a contract with them?

   \_\_✓\_\_ YES   _____ NO

   *Proceed to Question 4.*

4. Have Plaintiffs proved by a preponderance of the evidence that Defendants made an intentional representation to them?

   _____ YES   \_\_✓\_\_ NO

1

*If you answered "Yes" to Question 3 or 4, proceed to Question 5. If you answered "No" to both, then sign this verdict form and inform the Deputy you have reached a verdict.*

5. What amount of damages do you award?

    $ 77,000

    *Sign this verdict form and inform the Deputy you have reached a verdict.*

    ████████████
    _____
    Foreperson

1-28-25
4:07 pm