UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN LUX RESEARCH, et al.,

      Plaintiffs,                      Case No: 1:23-cv-523 (JEB)

      v.

HULL MCGUIRE PC, et al.,

      Defendants.

## MOTION FOR ATTORNEYS' FEES AND COSTS UNDER 17 U.S.C. § 505

Pursuant to Fed. R. Civ. P. 54(d), Defendants Hull McGuire PC and J. Daniel Hull, by their undersigned counsel, and by Mr. Hull himself, move for attorneys' fees and costs under 17 U.S.C. § 505. They ask for costs, including attorneys' fees, in the amount $103,680.00. To meet the deadline for filing this motion, Hull Defendants file this application today; however, they also ask the Court for leave to supplement this Motion by March 4, 2025, or as the Court otherwise sees fit. This is the date not only when Defendants' opposition to response to Plaintiffs' February 18 Bill of Costs is due (ECF No. 143) but also when Defendants will file and opposition to Plaintiffs' Motion to Alter Judgment (ECF No. 144) and file its own timely Rule 50 motion for post-trial relief.

## Background

In February 2023, Plaintiffs, In Lux Research LLC and Lindsay Thomas Olson, brought this action against Defendants for copyright infringement, breach of contract, fraud, and unjust enrichment related to a $30,000 contract for polling work concerning jury pool attitudes toward January 6 criminal defendants. It was filed in the middle of a high-profile six-month trial (78 trial days), the timing of which, Defendants submit, could reasonably be inferred as an inartful attempt for leverage. In any event, it was not well received by any of the many defendants sued, especially

1

once a simple $30,000 breach of contract dispute metamorphosed into an uncontrolled litigation "science project" featuring patently meritless theories of recovery and represented by over 130 filings prior to trial. Fortunately, the litigation ended in a successful jury verdict for the remaining defendants on January 28, 2025, rejecting the copyright infringement and fraud claims. ECF No. 141.[1] Under Rule 54(d), Defendants, as prevailing parties, now seek both costs and fees under the Copyright Act of 1976 (17 U.S.C. §§ 101-810) ("the Act"), which provides for fee shifting to successful litigants at the Court's discretion. 17 U.S.C. § 505 ("Costs and attorney's fees") ("…the court may also award a reasonable attorney's fee to the prevailing party as part of the costs").

### A. Calculation of Mr. Coleman's and Mr. Hull's Fees Under the Fitzpatrick Matrix

In recent years, this Court has accepted, and still accepts, the "Fitzpatrick Matrix"[2] to determine reasonable attorney's fees for complex federal litigation in the District of Columbia. It is also used by the Department of Justice's ("DOJ's") Civil Division. For purposes of fee recovery here, Mr. Coleman and Mr. Hull will stipulate a maximum of sixty (60) hours for each attorney. Given the appreciably higher amounts time devoted to this case – in large part due to the arguable inefficiencies, missteps, lapses in judgment, and wasteful meanderings on the part of Plaintiffs – Defendants submit that this number of hours (totaling 120) is a fair and reasonable figure. In addition, even though this litigation commenced in February 2023 and commenced in earnest by mid-year, Defendants seek no fees for hours incurred in 2023. All 120 hours would be billed at

---

[1] Judgment, for purposes of the timing of this motion under Fed. R. Civ. P. 54, was entered on February 10, 2025. ECF No. 142.

[2] DOJ's Civil Division used this fee calculation method in "complex" commercial litigation in this District in 2024 and uses it currently. This Court, moreover, has used it in this case calculating fees for a sanctions award in August of last year. *See*, the explanation of the method and rates at the following two links: https://www.justice.gov/usao-dc/civil-division, and https://www.justice.gov/usao-dc/civil-division.

2024 *Fitzpatrick* rates. In other words, no Hull hours would be charged for 2023; Ron Coleman, of course, was not engaged until May of 2024.

1. Ronald D. Coleman.

   Ronald Coleman has practiced law for 35 years. A graduate of Princeton University and Northwestern University School of Law, he is licensed in New York and New Jersey and admitted to all the United States Circuit Courts of Appeal and the United States Supreme Court as well as numerous U.S. District Courts, including this one. He specializes in trademark, copyright and first amendment litigation, has practiced in federal courts for his entire career, and has extensive trial and appellate experience. A past partner in a handful of major American law firms, he is a frequent speaker and author on intellectual property and related litigation. Under the *Fitzpatrick* matrix, his 2024 rate is $864 per hour. Fees attributed to his work for a reduced figure of 60 hours at this rate is $51,840. ($864 x 60 hours = $51,840.)

2. J. Daniel Hull.

   Dan Hull has practiced law for 43 years. He a graduate Duke University and the University of Cincinnati's College of Law, where he was a student articles editor of its *Law Review,* and awarded a Reginald Heber Smith fellowship. An ex-legislative assistant to a U.S. Senator and a U.S. Representative, he is also a former partner in the D.C. office and Pittsburgh office of a major American law firm known especially for its antitrust and environmental litigation. His practice consistently has been limited to American federal court litigation or arbitrations abroad, typically using procedures based on Federal Rules of Civil Procedure. He is licensed in the District of Columbia, California, Maryland and Pennsylvania, and numerous federal

courts. Under the *Fitzpatrick* matrix, his 2024 rate is $864 per hour. Fees attributed to his work for a reduced figure of 60 hours at this rate is $51,840. ($864 x 60 hours = $51,840.)

<u>Total fees for Coleman and Hull work</u>:  <u>$103,680 </u>($51,840 x 2)

B.  **<u>Request for Leave to Supplement or Amend this Motion by March 4, 2025</u>**

The undersigned respectfully request leave to supplement or amend this Motion by March 4 with case authorities governing the operation of § 505 of the Act under D.C. Circuit and Second Circuit law, or by date and in a manner which the Court might otherwise deem necessary. Defendants note that Defendants' opposition to Plaintiffs' February 18, 2025, Bill of Costs (ECF No. 143) is due on that same date, and the opposition to the Bill of Costs will contain many if not most of the reasons related to the instant Motion to recover fees under § 505. Moreover, Defendants also expect on March 4 to respond to Plaintiffs' Motion to Alter Judgment (ECF No. 144) as well as file their own timely post-trial motion for relief under Rule 50. The March 4 response will consolidate all of Defendants' post-trial arguments, with heavy emphasis on the reasons this Court should exercise its discretion under § 505 to award attorneys' fees to Defendants. At the same time, Defendants will detail their own requests for recovery of costs other than attorneys' fees.

Therefore, Defendants, for good cause shown, request the Court to grant its Motion for Fees, and for leave to supplement or amend the Motion no later than March 4, 2025, or as the Court sees fit.

Respectfully requested,

Dated: February 24, 2025                    By: <u>/s/ *Ronald D. Coleman*</u>

4

Coleman Law Firm, PC
50 Park Place – Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com


By: /s/ *John Daniel Hull*
 JOHN DANIEL HULL
 DC Bar No. 323006
 California Bar No. 222862
 HULL MCGUIRE PC
 1420 N Street, N.W.
 Washington, D.C.  20005
 202-429-6520 o
 619-895-8336 c
 jdhull@hullmcguire.com

**For Defendants Hull McGuire PC
and J. Daniel Hull**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 24, 2025, he served this Motion for Fees and Costs under 17 U.S.C. § 505 and Motion for Leave to Supplement by March 4, 2025, upon counsel for Plaintiffs via the ECF system.

By: /s/ *John Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
202-429-6520 o
619-895-8336 c
jdhull@hullmcguire.com