UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN LUX RESEARCH, et. al.

                              Case 1:23-cv-00523-JEB

        *Plaintiffs*,               JOINT STATUS REPORT

v.

HULL MCGUIRE PC, et. al.

        *Defendants*.

Pursuant to this Court's Order on March 28, 2025 (Dkt. 158), the parties participated in mediation on April 22, 2025 and this action was not resolved. The Judgment (Dkt. 142) has not been satisfied, in whole or in part, and all post-judgment motions are still pending.

Dated: May 27, 2025

                            Respectfully submitted,

                            JAMES H. BARTOLOMEI, III P.A.

                            By:*/s/ James Bartolomei*
                            James Bartolomei Esq.
                            District Bar Number AR0007
                            Of Counsel at Duncan Firm, P.A.
                            809 W. 3rd Street
                            Little Rock, Arkansas 72201
                            501-228-7600 phone
                            james@duncanfirm.com

                            *Attorneys for Plaintiffs*

                            By: */s/ Ronald D. Coleman*
                            Coleman Law Firm, PC
                            50 Park Place, Suite 1105
                            Newark, NJ 07102
                            973.298.1723
                            rcoleman@colemanlaw-pc.com

                            *Attorneys for the Hull Defendants*