AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| IN LUX RESEARCH, et al  *Plaintiff* | ) ) |
| v. | ) Civil Action No. 23-cv-00523-JEB |
| HULL MCGUIRE PC, et al  *Defendant* | ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* IN LUX RESEARCH, et al recover from the defendant *(name)* HULL MCGUIRE PC, et al the amount of thirty thousand dollars ($ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of 4.20 %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☑ tried by a jury with Judge Boasberg presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 09/19/2025

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*