UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IN LUX RESEARCH, et. al.**

                                            Case 1:23-cv-00523-JEB

          *Plaintiffs,*                    STATUS REPORT

v.

**HULL MCGUIRE PC, et. al.**

          *Defendants.*

Pursuant to the Court's Order on October 29, 2025, Plaintiffs file their status report explaining what, if any, further relief they seek.

The Judgment has not been satisfied. (Dkt. 167)

Despite the Court's prior directive, Defendants have refused to respond to any post-judgment discovery, protesting that because they made a payment, this somehow excuses their obligations to comply with a court order. See Dkt. 170, Plaintiffs' renewed motion to compel post-judgment discover. Defendants' conduct is part of a continuing pattern of discovery abuse. In August 2024, the Court sanctioned the Hull Defendants for discovery abuse, ordering them to pay $5,476 in fees to Plaintiffs' counsel. (See Minute Orders dated Aug. 2 and Aug. 9, 2024).

Pursuant to Fed. R. Civ. P. Rule 37(a)(5)(A), Plaintiffs respectfully request an award of reasonable fees and costs incurred as a result of Defendants' continued noncompliance and an order compelling Defendants to provide fulsome discovery responses to the pending discovery and to provide their responses within five (5) days, allowing Plaintiffs to proceed with collection to satisfy the Judgment in full.

Dated: November 5, 2025

Respectfully submitted,

JAMES H. BARTOLOMEI, III P.A.

By:*/s/ James Bartolomei*
James Bartolomei Esq.
District Bar Number AR0007
809 W. 3rd Street
Little Rock, Arkansas 72201
501-228-7600 phone
james@duncanfirm.com

*Attorneys for Plaintiffs*